IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-0643-WJM-NYW

CORE PROGRESSION FRANCHISE LLC,
a Colorado limited liability company,

Plaintiff,

v.

CHRIS O'HARE, and
CAO ENTERPRISES, INC., a North Carolina corporation,

Defendants.

## MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Pursuant to D.C.COLO.LAttyR 5(b), the Defendants, Chris O'Hare, and CAO Enterprises, Inc., by and through their present counsel of record, Cohen, LLC, respectfully request that this Court allow for a substitution of counsel in this matter, whereby David J. Meretta of the law firm of Miller & Law, PC will enter his appearance for and on behalf of the Defendants, and Attorneys Jeffrey Cohen and Christopher D. Yost of the law firm Cohen, LLC will be permitted to withdraw as defense counsel of record. As grounds for their request, Defendants state as follows:

Rule 5(b) allows for the withdrawal of the appearance of counsel of record upon a motion showing good cause. Good cause exists for Cohen, LLC to withdraw as the Defendants have selected substitute counsel. This motion is not made for purposes of delay, but to permit Defendants to be represented by the counsel of their choice.

With respect to the corporate Defendant, CAO Enterprises, Inc., Defendants understand that the entity may not appear in this matter without counsel admitted to the bar of this Court, and

1

that absent the prompt appearance of Mr. Meretta as substitute counsel, CAO's pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against the entity.

WHEREFORE, for good cause shown, Defendants, Chris O'Hare, and CAO Enterprises, Inc., respectfully request that this Court allow for a substitution of counsel in this matter, whereby David J. Meretta of the law firm of Miller & Law, PC will enter his appearance for and on behalf of the Defendants, and Attorneys Jeffrey Cohen and Christopher D. Yost of the law firm Cohen, LLC will be permitted to withdraw as defense counsel of record. A proposed Order is submitted herewith.

Respectfully submitted this 10th day of June 2021.

| COHEN, LLC | MILLER & LAW, PC |
|---|---|
| By: *s/ Christopher Yost* <br> Jeffrey Cohen, #10876 <br> Christopher D. Yost #54247 <br> COHEN, LLC <br> 1600 Broadway, Suite 1660 <br> Denver, CO 80202 <br> Telephone: 303-524-3636 <br> E-mail: jcohen@cohentrial.com <br> E-mail: cyost@cohentrial.com <br> *Attorneys for Defendants* | By: *s/ David J. Meretta* <br> David J. Meretta, #44409 <br> 1900 W. Littleton Blvd. <br> Littleton, CO 80120 <br> (303) 722-6500 <br> (303) 722-9270 fax <br> djm@millerandlaw.com |

## CERTIFICATE OF SERVICE OF
## MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

The undersigned hereby certifies that a true and correct copy of the foregoing Motion was filed with the Court via CM/ECF this 10th day of June 2021, which will send notice to the parties of record and their counsel as registered thereon.

Pursuant to D.C.COLO.LAttyR 5(b), the undersigned further certifies that a true and correct copy of the foregoing Motion was served by electronic mail on the Defendants this 10th day of June 2021, to:

    Christopher O' Hare, Individually and as President
    CAO Enterprises, Inc.
    chris.a.ohare@outlook.com

Defendants have been advised that the requested withdrawal shall be effective only on Court Order entered after service of the Motion to Withdraw on all counsel of record, any unrepresented party, and the clients of the withdrawing counsel. Defendants further have been warned that, pending the appearance on their behalf by successor counsel, they will be individually responsible for complying with all Court Orders and time limitations established by applicable statutes and rules.

The Motion has also been sent via electronic mail to proposed incoming counsel for the Defendants:

    David J. Meretta
    Miller & Law, P.C.
    1900 W. Littleton Blvd.
    Littleton, CO  80120
    djm@millerandlaw.com

                            *s/ Christopher Yost*
                            Christopher Yost, Cohen, LLC