**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-0643-WJM-NYW

CORE PROGRESSION FRANCHISE LLC,
a Colorado limited liability company,

Plaintiff,

v.

CHRIS O'HARE, and
CAO ENTERPRISES, INC., a North Carolina corporation,

Defendants.

**ORDER GRANTING
MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

The Court, having considered the motion of the Defendants, Chris O'Hare, and CAO Enterprises, Inc., pursuant to D.C.COLO.LAttyR 5(b), that this Court allow for a substitution of counsel in this matter, whereby David J. Meretta of the law firm of Miller & Law, PC will enter his appearance for and on behalf of the Defendants, and Defendants' current counsel will be permitted to withdraw as counsel of record, for good cause shown, hereby GRANTS the motion.

David J. Meretta of the law firm of Miller & Law, PC shall promptly enter his appearance for and on behalf of the Defendants, and Attorneys Jeffrey Cohen and Christopher D. Yost of the law firm Cohen, LLC are hereby permitted to withdraw as defense counsel of record.

SO ORDERED this ___ day of _____ 2021.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE