**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-0643-WJM-NYW

CORE PROGRESSION FRANCHISE LLC,
a Colorado limited liability company,

Plaintiff,

v.

CHRIS O'HARE, and
CAO ENTERPRISES, INC., a North Carolina corporation,

Defendants.

---

## NOTICE OF APPEARANCE OF COUNSEL

---

Please take notice that Attorney David J. Meretta of the law firm of Miller & Law, PC

hereby enters his appearance in this matter as counsel for the Defendants, Chris O'Hare, and CAO

Enterprises, Inc.   Undersigned counsel understands that there is no objection from the Plaintiff to

present counsel of record, Attorneys Jeffrey Cohen and Christopher D. Yost of the law firm Cohen,

LLC, withdrawing as defense counsel of record.

Respectfully submitted this 15th day of June 2021.

MILLER & LAW, PC

*/s/ David J. Meretta*
David J. Meretta, #44409
1900 W. Littleton Blvd.
Littleton, CO 80120
(303) 722-6500
(303) 722-9270 fax
djm@millerandlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Appearance was filed with the Court via CM/ECF this 15th day of June 2021, which will send notice to the parties of record and their counsel as registered thereon.

Pursuant to D.C.COLO.LAttyR 5(b), the undersigned further certifies that a true and correct copy of this Appearance was served by electronic mail on the Defendants this 15th day of June 2021, to:

Chris O'Hare, Individually and as President
CAO Enterprises, Inc.
chris.a.ohare@outlook.com


*s/ David J. Meretta*
David J. Meretta, Miller & Law, PC