# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-00643-WJM-SBJ

CORE PROGRESSION FRANCHISE, LLC, a Colorado limited liability company,
           Plaintiff,

v.

CHRIS O'HARE, an individual, and
CAO ENTERPRISES, INC., a North Carolina corporation,
           Defendants.

---

## DEFENDANTS' MOTION TO JOIN PARTY

---

Defendants Chris O'Hare ("**O'Hare**") and CAO Enterprises, Inc. ("**CAO**") (together the "**O'Hare Parties**"), respectfully move this Court for an order joining Jon Cerf ("**Cerf**") to this action pursuant to Fed. R. Civ. P. 19 and/or 20. As support for this Motion, the O'Hare Parties state as follows:

### Statement of Conferral

Counsel for the O'Hare Parties conferred with counsel for Cerf and Core Progression who do not oppose the relief sought by this Motion.

### Request for Joinder

1.      In this proceeding, the O'Hare Parties are filing a Motion to Confirm the Arbitration Award. Core Progression Franchise, LLC ("**Core Progression**") has indicated that it seeks to vacate a Final Arbitration Award.

2.      The O'Hare Parties were claimants in the underlying arbitration. Cerf and Core Progression were respondents in the same arbitration. The arbitration award that Core Progression

and Cerf seek to vacate and that the O'Hare Parties seek to confirm ("**Award**") is against both Core Progression and Cerf jointly and severally.

3.      This Court has jurisdiction over Cerf pursuant to 9 U.S.C. § 9 as he is a resident of the State of Colorado, Cerf has consented to the Court's jurisdiction, and for the reasons stated in the Motion to Confirm Award.

4.      The decision to permit joinder is within this Court's sound discretion. Federal courts apply F.R.C.P. 13, 19, and 20 to joinder of parties to motions to confirm or vacate arbitration awards. *Gidding v. Fitz*, 2017 U.S. Dist. LEXIS 232238, at *8-11 (D. Colo. Nov. 6, 2017) (treating a motion to confirm which added additional respondents filed in response to a motion to vacate as effectively a counterclaim under F.R.C.P. 13).

5.      Cerf is subject to permissive joinder under F.R.C.P 20(a)(2). Defendants seek to confirm the Award against Core Progression and Cerf. The Award holds that Core Progression and Cerf are jointly and severally liable. Thus, the right to relief arises out of the same transaction, occurrence, or series of transactions or occurrences and the questions of law or fact are common between Core Progression and Cerf. F.R.C.P. 20(a)(2).

6.      In fact, Cerf is a necessary party under F.R.C.P. 19. Cerf is subject to service of process and his joinder on the same side as Core Progression (as a respondent on the motion for confirmation or movant on the intended motion to vacate) will not deprive the court of subject matter jurisdiction. Absent Cerf, however, the Court would not be able to grant complete relief in the form of a judgment against Core Progression and Cerf that is joint and several. *See* F.R.C.P. 19. Notably, Cerf has asserted an interest in the action by joining the proposed motion to vacate.

Absent joinder the parties could be subject to inconsistent application of the Award. *See* F.R.C.P. 19.

7.    The requested joinder will not unduly prejudice any party.

8.    Joinder is proper, but there is an issue of what party designation to give Cerf. Cerf is a respondent to Defendants' Motion to Confirm Arbitration Award. He is an intended movant to the Plaintiff's proposed Motion to Vacate Arbitration Award. Cerf is not a plaintiff nor a defendant in the underlying action. The O'Hare Parties propose at this time that Cerf be designated as a counterclaim defendant for the purposes of captioning proceedings related to their Motion to Confirm Arbitration Award. *Gidding*, 2017 U.S. Dist. LEXIS 232238, at *8-11.

9.    For the foregoing reasons, the O'Hare Parties respectfully request that the Court grant this Motion and order Cerf joined as a party to this action.

Dated: March 29, 2024.

CHIPMAN GLASSER, LLC

/s/ *James A. McDaniel*
Daniel W. Glasser, #37716
James A. McDaniel, #58853
2000 S. Colorado Blvd.
Tower One, Suite 7500
Denver, Colorado 80222
T: (303) 578-5780
F: (303) 578-5790
E: dglasser@chipmanglasser.com
E: jmcdaniel@chipmanglasser.com
*Attorneys for Defendants Chris O'Hare and*
*CAO Enterprises, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of March, 2024, I served via CM/ECF a true and correct copy of the forgoing **DEFENDANTS' MOTION TO JOIN PARTY** to the following parties:

James Michael Mulcahy
Filemon Carrillo
Mulcahy, LLP
4 Park Plaza, Suite 960
Irvine, CA 92614
T: 949-252-9377
F: 949-252-0090
E: jmulcahy@mulcahyllp.com
E: fcarrillo@mortensontaffart.com
*Attorneys for Core Progression Franchise, LLC
and John Cerf*

Leonard MacPhee, Esq.
Nicholas D. Banelli
Polsinelli, PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202
T: 303-572-9300
E: lmacphee@polsinelli.com
E: nbanelli@polsinelli.com
*Attorneys for Core Progression Franchise, LLC
and John Cerf*

/s/ *Mark Walker*
Mark Walker, Paralegal