**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:21-cv-00643-WJM-NYW

CORE PROGRESSION FRANCHISE LLC, a Colorado limited liability company,

      Plaintiff,

v.

CHRIS O'HARE, an individual, and
CAO ENTERPRISES, INC., a North Carolina corporation,

      Defendants

---

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Core Progression Franchise LLC and

Defendants Chris O'Hare and CAO Enterprises, Inc., by and through their respective counsel of

record, hereby stipulate to the voluntary dismissal of this matter with prejudice, each party to be

responsible for his or its respective legal fees and costs.

Dated: May 8, 2024

Respectfully Submitted,

| **POLSINELLI, PC** | **MILLER & LAW, PC** |
|---|---|
| By: **/s/ Leonard H. MacPhee** | By: **/s/ David J. Meretta** |
| Leonard MacPhee | David J. Meretta, #44409 |
| 1401 Lawrence Street, Suite 2300 | 1900 W. Littleton Blvd. |
| Denver, CO 80202 | Littleton, CO 80120 |
| 303.583.8234 | (303) 722-6500 |
| LMacPhee@polsinelli.com | (303) 722-9270 fax |
| | djm@millerandlaw.com |
| *Attorneys for Plaintiff Core Progression Franchise LLC* | *Attorneys for Defendants* |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 8, 2024, I sent a copy of the foregoing **Stipulation of Voluntary Dismissal with Prejudice** to the following parties in the manner described:

<u>Parties Served via ECF</u>:
Core Progression Franchise LLC
Leonard MacPhee, Esq.
Polsinelli, PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202
LMacPhee@polsinelli.com

Daniel W. Glasser, Esq.
James A. McDaniel, Esq.
2000 S. Colorado Blvd.
Tower One, Suite 7500
Denver, Colorado 80222
dglasser@chipmanglasser.com
jmcdaniel@chipmanglasser.com

*/s/ Shannon Durbin*
Shannon Durbin
Miller & Law, PC